R. Shawn Oller, Bar No. 019233
soller@littler.com
Sarah K. Watt, Bar No. 033292
swatt@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, Arizona 85016
Telephone:   602.474.3600
Facsimile:   602.957.1801

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JUSTIN JACKSON, | Case No. |
| Plaintiff, | **DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. §§ 1331 (FEDERAL QUESTION), 1332 (DIVERSITY), 1441 AND 1446** |
| v. | |
| UPGRADE INC., | Maricopa County Superior Court Case No. CV2025-061649 |
| Defendant. | |

TO: **CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA**

PLEASE TAKE NOTICE that Defendant Upgrade, Inc. ("Defendant" or "Upgrade") hereby removes the above-entitled action from the Maricopa County Superior Court, State of Arizona, to the United States District Court for the District of Arizona.  Defendant removes this action pursuant to 28 U.S.C. §§ 1331, 1332, 1441(a), 1446, and Local Rule of Civil Procedure 3.6.

In support of this Notice of Removal, Defendant Upgrade states the following:

1. On November 13, 2025, Plaintiff Justin Jackson ("Plaintiff") filed a Complaint in Maricopa County Superior Court, State of Arizona, styled *Justin Jackson v. Upgrade Loans,*

*Inc*., Case No. CV2025-061649 (the "State Court Action"). The Complaint alleges a claim for defamation. A true and correct copy of the Complaint is attached as **Exhibit 1** to this Notice of Removal.

2.     On November 26, 2025, Plaintiff served a copy of the state court Summons, Complaint, and Certificate of Compulsory Arbitration on Upgrade by process server upon its statutory agent. True and complete copies of all process, pleadings, and orders in the State Court Action received are being filed with this Notice as required by 28 U.S.C. § 1446(a) and are attached hereto as **Exhibit 2**.

3.     Upgrade has filed this Notice of Removal within 30 days of the filing of the Complaint and receipt by it of the initial pleading setting forth a removable claim and it is timely filed under 28 U.S.C. § 1446(b).

4.     The Court has original jurisdiction over this action under 28 U.S.C. § 1332 because it is a civil action between citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5.     A removing defendant is "merely required to allege (not to prove) diversity." *Kanter v. Warner-Lambert Co*., 265 F.3d 853, 857 (9th Cir. 2001). Citizenship of a natural person is based on domicile, and "a person is domiciled in a location where he or she has established a fixed habitation or abode . . . and [intends] to remain there permanently or indefinitely." *Lew v. Moss*, 797 F.2d 747, 749-50 (9th Cir. 1986).

6.     Based on the records and information available to Upgrade, Plaintiff is domiciled in Arizona. At all times during his employment, Plaintiff lived and worked in Arizona, reflecting a fixed home in the state with intent to remain. Further, Plaintiff alleges that he is presently a resident of Arizona and provides a home address located in Phoenix, Arizona. *See* Complaint at p. 1. As there is no evidence that Plaintiff's domicile has changed, Plaintiff is a citizen of Arizona for diversity purposes. *See Lew*, 797 F.2d at 750 ("[A] person's old domicile is not lost until a new one is acquired.").

7.     For diversity jurisdiction purposes, a corporation "shall be deemed to be a citizen of every State . . . by which it has been incorporated and of the State . . . where it has its principal

LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, Arizona 85016
602.474.3600

LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, Arizona 85016
602.474.3600

place of business . . . ." 28 U.S.C. § 1332(c)(1). A corporation's principal place of business is "the place where the corporation's high level officers direct, control, and coordinate the corporation's activities," i.e., its "nerve center," which is typically a corporation's headquarters. *Hertz Corp. v. Friend*, 559 U.S. 77, 80-81 (2010).

8.      Upgrade, Inc. is incorporated in Delaware, with its principal place of business in San Francisco, California. (Declaration of Jeff Bogan("Bogan Decl."), ¶ 4, attached as **Exhibit 3**. Its corporate headquarters are located in San Francisco, California where it performs executive and administrative functions. *Id.* at ¶ 5. Additionally, the majority of Upgrade's corporate officers direct, control, and coordinate its activities from their base in California. *Id.* Accordingly, Upgrade is a citizen of Delaware and California.

9.      Plaintiff seeks judgment in an "amount of at least $500,000." *See* Complaint at p. 4. When a complaint filed in state court alleges on its face an amount in controversy sufficient to meet the jurisdictional threshold, the amount in controversy requirement is presumptively satisfied. *Sanchez v. Monumental Life Ins. Co.*, 102 F.3d 398, 402 (9th Cir. 1996). Based on the nature of Plaintiff's claim and amount of damages requested, the amount in controversy exceeds $75,000, exclusive of interest and costs.

10.     This Court also has original jurisdiction over the claims Plaintiff asserted against Upgrade under 28 U.S.C. § 1331. Pursuant to 28 U.S.C. § 1331, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." A federal question must exist "on the face of a properly pleaded complaint" for federal question jurisdiction to arise. *United States v. City of Arcata*, 629 F.3d 986, 990 (9th Cir. 2010). Because Plaintiff asserts federal claims against Upgrade under 28 U.S.C. §§ 516 and 519, Upgrade is entitled to remove this action based on this Court's federal question jurisdiction under 28 U.S.C. § 1331.

11.     Supplemental jurisdiction exists over Plaintiff's remaining state law claims. *See* 28 U.S.C. § 1367, 1441(c). In any civil action in which this Court has original jurisdiction, it also has supplemental jurisdiction under 28 U.S.C. § 1367(a) over all state claims that are so related to the claims in the action within its original jurisdiction that they form part of the same

case and controversy. Plaintiff's state law claims are based on the same operative facts as Plaintiff's federal claims. Therefore, this Court has supplemental jurisdiction over Plaintiff's state law claims.

12. The United States District Court for the District of Arizona encompasses Maricopa County, the place where the State Court Action is currently pending. Therefore, venue is proper under 28 U.S.C. §§ 1391(b), 1441(a), and 1446(a).

13. Upgrade has given written notice of this removal to all adverse parties in accordance with 28 U.S.C. § 1446(d). A copy of the Notice to Adverse Party of Removal of Civil Action to Federal Court filed in the Superior Court of Arizona, County of Maricopa, is attached as **Exhibit 4**.

14. Defendant filed a Notice to State Court of Removal of Civil Action to Federal Court in the Maricopa County Superior Court, State of Arizona, and served Plaintiff with the Notice, in accordance with 28 U.S.C. § 1446(d) and Local Rule of Civil Procedure 3.6. A copy of the Notice to State Court of Removal of Civil Action to Federal Court is attached as **Exhibit 5**.

15. Based on the foregoing, this Action is properly removed to this Court.

Dated: December 11, 2025

/s/ Sarah K. Watt
R. Shawn Oller
Sarah K. Watt
LITTLER MENDELSON, P.C.

*Attorneys for Defendant*

LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, Arizona 85016
602.474.3600

4

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed and emailed a copy of same to the following if non-registrants, this 11 day of December, 2025:

Justin Jackson
6415 W. Sandra Terr.
Glendale, Arizona 85306
(480) 466-5960
justinlamar98@yahoo.com

*Plaintiff Pro Se*

*/s/ Bethany Kelly*

4924-7994-7646.1 / 093189.1058

LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, Arizona 85016
602.474.3600